[No. 22020–9–I.   Division One.   June 5, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRON W. BARBER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–04736–5, Terrence A. Carroll, J., entered March 23, 1988. *Reversed* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Winsor, J.

[No. 21689–9–I.   Division One.   June 5, 1989.]

*In the Matter of the Marriage of* MEVA BOWMAN, *Respondent, and* LOUIS C. BOWMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86–3–00474–2, Byron L. Swedberg, J., entered December 31, 1987. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Scholfield and Grosse, JJ.

[No. 21656–2–I.   Division One.   June 5, 1989.]

PROGRESSIVE SPECIALTY INSURANCE COMPANY, INC., *Respondent,* v. RICHARD FLOE, ET AL, *Appellants.*

. Appeal from a judgment of the Superior Court for King County, No. 86–2–08466–1, Terrence A. Carroll, J., entered December 23, 1987. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis and Winsor, JJ.

[No. 22053–5–I.   Division One.   June 5, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–01624–9, Mary Wicks Brucker, J., entered April 6, 1988. *Dismissed* by unpublished per curiam opinion.